**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-60030-RAR/Strauss**

**GAYLE COULTON-LEHR**,

      Plaintiff,

v.

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**,

      Defendant.

                           /

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 24] ("Report"), entered on October 29, 2021. The Report recommends that Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act [ECF No. 23] ("Motion") be granted.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). However, when no party has timely objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In any event, the "[f]ailure to object to the magistrate [judge]'s factual findings

after notice precludes a later attack on these findings." *Lewis v. Smith*, 855 F.2d 736, 738 (11th

Cir. 1988) (citing *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. 1982)).

Because the Motion was unopposed, the Court anticipates that Defendant has no objections

to the Report.   Thus, the Court considers it appropriate to review the Report for clear error.

Having carefully reviewed Defendant's Motion, the Report, the factual record, the applicable law,

and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Report [ECF No. 24] is **AFFIRMED AND**

**ADOPTED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of October, 2021.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**